UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PLACIDO ROMERO PEREZ,
                Petitioner,

    - against -

WILLIAM P. JOYCE, ET AL.,
                Respondents.

25-cv-8112 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties shall submit, by **October 31, 2025,** letter briefs, not to exceed three pages, advising the Court of the current status of the immigration proceedings, including any developments after the parties' briefs.

SO ORDERED.
Dated:    New York, New York
            October 30, 2025

/s/ John G. Koeltl
John G. Koeltl
United States District Judge