UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PLACIDO ROMERO PEREZ,

                      Plaintiff,

-against-                                      25 **CIVIL** 8112 (JGK)

## **JUDGMENT**

LADEON FRANCIS, ET AL.,

                      Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated November 6, 2025, the Court has considered all of the parties' arguments. To the extent not addressed specifically, those arguments are either moot or without merit. The petition is granted in part and denied in part. The Government shall ensure that the petitioner receives a bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the Memorandum Opinion and Order; if no hearing is held by that deadline, the Government shall immediately release the petitioner. At the hearing, the Government shall bear the burden to prove, by clear and convincing evidence, that the petitioner is a danger to the community or a risk of flight. The petition is denied insofar as it seeks immediate release or a bond hearing before this Court. No other relief is necessary at this time; accordingly, the case is closed.

**Dated:**  New York, New York

          November 7, 2025

                                                  **TAMMI M. HELLWIG**
                                                  _____
                                                       **Clerk of Court**

**BY:**    *K. Mango*

                                                   _____
                                                        **Deputy Clerk**