

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

November 10, 2025

**<u>Via ECF</u>**
Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   **Re:** *Perez v. Joyce et al.*, **25 Civ. 8112 (JGK)**

Dear Judge Koeltl:

   This Office represents Respondents (the "Government") in the above-captioned habeas proceeding brought by Placido Romero Perez ("Petitioner") challenging his detention by U.S. Immigration and Customs Enforcement ("ICE"). The Government writes in response to Petitioner's November 10, 2025, motion to enforce judgment. *See* ECF No. 31 (the "Motion").

   On November 6, 2025, the Court issued an Order granting the habeas petition in part and directing the Government to "ensure that the petitioner receives a bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a) **within seven (7) days** of this Memorandum Opinion and Order," *i.e.*, by November 13, 2025. ECF No. 29, at 9–10 (the "November 6 Order") (emphasis in original). In accordance with that Order, the Immigration Court scheduled Petitioner for a bond hearing to occur on November 10, 2025. That bond hearing took place earlier today, but because it did not comport with this Court's Order, the Government promptly undertook efforts to remedy the problem, and this Office understands that a new bond hearing is in the process of being scheduled for Petitioner to occur on or before November 13, 2025, within the time specified by the November 6 Order.

   Specifically, on November 10, an Immigration Judge held a bond hearing for Petitioner (the "Bond Hearing"). At the Bond Hearing, counsel for ICE improperly argued that the Immigration Judge lacked jurisdiction to consider Petitioner's bond request pursuant to *Matter of Yajure Hurtado*, 29 I&N Dec. 216 (BIA 2025), and the Immigration Judge agreed, denying bond based on lack of jurisdiction. Since the Bond Hearing earlier today, and after this Office learned of what happened, the Government took prompt action to reschedule Petitioner for a new bond hearing, within the time ordered by the Court, and at which an individualized assessment will be made, in compliance with the November 6 Order.[1] ICE has recognized that its argument during the Bond Hearing regarding jurisdiction was inconsistent with the Court's November 6 Order, and ICE has advised that its counsel will not make such an argument at the rescheduled bond hearing.

---

[1] Although this Office previously believed that the Immigration Court had already scheduled a second bond hearing to take place within the time frame ordered by the Court, *see* ECF No. 31-1 ¶ 20, in fact, this Office is now waiting for confirmation from ICE that the Immigration Court has scheduled such hearing.

Because the November 6 Order directs the Government to ensure that Petitioner receives a bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a) on or before November 13, 2025, and the Government is taking steps to arrange for a compliant bond hearing within that timeframe, the Court should deny Petitioner's Motion.

The Government thanks the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:     */s/ Adam Gitlin*
ADAM GITLIN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2734
E-mail: adam.gitlin@usdoj.gov

cc: All counsel of record (via ECF)