

November 14, 2025

<u>**VIA ECF**</u>

Hon. John G. Koeltl
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:  *Romero Perez v. Francis et al.*, No. 25 Civ. 8112 (JGK)

Dear Judge Koeltl:

  The parties write jointly to notify the Court of developments in this case. This morning, the Government notified Petitioner that there was no longer an automatic stay of the bond order in place. Petitioner was able to post bond and has been released from Winn Correctional Center. As such, the parties agree that Petitioner's Motion to Enforce (ECF Nos. 31, 33) is now moot.

  The parties thank the Court for its attention to this matter.

       Respectfully Submitted,

       */s/ Diana Yanguas Rosen*
       Diana Yanguas Rosen, Esq.
       Melissa Lim Chua, Esq.
       New York Legal Assistance Group
       100 Pearl St., 19th Fl.
       New York, NY 10004
       (212) 659-6044
       drosen@nylag.org
       mchua@nylag.org

       *Pro Bono Counsel for Petitioner*